# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SERVSTOR TECHNOLOGIES LLC, | § § § | |
| Plaintiff, | § § | Case No. 2:22-cv-00162-JRG-RSP |
| v. | § § | (LEAD CASE) |
| QUANTA COMPUTER INCORPORATED, | § § § | |
| Defendant. | § § | |
| SERVSTOR TECHNOLOGIES LLC, | § § | |
| Plaintiff, | § § | Case No. 2:22-cv-00249-JRG-RSP |
| v. | § § | (MEMBER CASE) |
| NEC CORPORATION, | § § § | |
| Defendant. | § § | |

## JOINT MOTION FOR TO DISMISS WITHOUT PREJUDICE

Pursuant to the Federal Rules of Civil Procedure, Plaintiff ServStor Technologies LLC ("Plaintiff") and Defendant NEC Corporation ("Defendant") (Plaintiff and Defendant collectively referred to as the "Parties"), represented by their attorneys, hereby stipulate and agree to as follows:

The Parties respectfully request that all claims for relief asserted against Defendant by Plaintiff are dismissed WITHOUT PREJUDICE, and the Parties further request that all attorneys' fees, costs of court and expenses be borne by each Party incurring the same.

So agreed and stipulated.

A proposed order is attached.

Dated:  December 30, 2022                    Respectfully submitted,

*/s/ Vincent J. Rubino, III*
Alfred R. Fabricant

NY Bar No. 2219392
Email: afabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Road
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

John Andrew Rubino
NY Bar No. 5020797
Email: jarubino@rubinoip.com
Michael Mondelli III
NY Bar No. 5805114
Email: mmondelli@rubinoip.com
**RUBINO IP**
51 J.F.K. Parkway
Short Hills, NJ, 07078
Telephone: (201) 341-9445
Facsimile: (973) 535-0921

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

***ATTORNEYS FOR PLAINTIFF
SERVSTOR TECHNOLOGIES LLC***

*/s/ Alex Chachkes (with permission)*
Alex Chachkes
Email: alex@sechalaw.com
**SECHALAW PLLC**
228 Park Ave S, Suite 54517
New York, NY 10003-1502
Telephone: (917) 428-1358

2

*ATTORNEYS FOR DEFENDANT*
*NEC CORPORATION*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on December 30, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Vincent J. Rubino, III*
Vincent J. Rubino, III

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that all counsel of record have met and conferred in accordance with Local Rule CV-7(h) and this motion is unopposed.

*/s/ Vincent J. Rubino, III*
Vincent J. Rubino, III
